UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY VANCE MORELAND,

    Plaintiff,

v.                                  Case No. 8:13-CV-3172-T-30AEP

KAREN RUSHING, et. al.,

    Defendants.
_____/

## ORDER

Plaintiff, a prisoner proceeding *pro se*, filed a "Complaint for Writ of Garnishment, and Judgement for Rights to the Possession of Properties" (Dkt. 1). The instant complaint will be dismissed for the same reasons that Plaintiff's nearly identical complaint was dismissed at docket entry number 10 in Case Number 6:13-cv-1539-T-31GJK.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's complaint (Dkt. 1) is **DISMISSED** without prejudice. The **Clerk** is directed to terminate all pending motions and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 30, 2013.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro se* Plaintiff